# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 18, 2023

## NO. 03-21-00414-CV

### Glenn Allen Hegar, Jr., Texas Comptroller of Public Accounts, Appellant

### v.

### Arnulfo P. Alcorta; Jose Abram Alcorta; Reyes Alcorta; Armando Alvarado, Jr.; David A. Arizmendi; Adela A. Bautista; Guadalupe Cantu, Jr.; Jose Angel Gomez Cantu; Julian Jesus Torres Cantu; Olga Cantu; Olivia T. Cantu; Hortencia Cantu Castillo; Carmelo Cordero; Guadalupe Torres Corona; Margarita Diaz; Maria Torres Galvan; Frances A. Garcia; Guadalupe S. Gonzales; Julia C. Gonzalez; Maria Christina Gonzales; Teresa Arizmendi Gordon; Pedro T. Guajardo; Juanita T. Hernandez; Margarita T. Hernandez; Brandon R. Hugonnett; Christopher Hugonnett; Jose Luis Hugonnett; Manuel Hugonnett; Maria Guadalupe Hugonnett; Ricardo Guillermo Hugonnett; Rolando R. Hugonnett; Shawn Hugonnett; Cleofas Torres Juarez; Dora Alicia A. Medina; Aurora Diana Cantu Mejia; Rosalinda Cantu Pena; Edwardo Ramos, Jr.; Eloyd D. Ramos; Linda A. Rios; Carmen Rodriguez; Maria Del Rosario Rodriguez; Carlos Salazar; Velma Thies; Beatris Torres; Cosme Torres, Jr.; James Torres; Jose Angel Torres; Jose Luis Torres; Marcelina Torres; Raul Torres; Alfredo R. Torrez;, Miguel Torrez; Isabel C. Vasquez; Mary T. Venable; and Irma Salazar Villanueva, Appellees

---

### APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND SMITH
### DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE SMITH

This is an appeal from the interlocutory order signed by the trial court on July 30, 2021. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.